IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ABDUL JANNEH, | : | |
| *Plaintiff*, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| WESTGATE HILL SNF LLC et al., | : | No. 15-2012 |
| *Defendants*. | : | |

**O R D E R**

**AND NOW**, this 18th day of December, 2015, upon consideration of Defendants Christine O'Reilly, April Ball-Garham, and Shontae Durieux's unopposed Motion to Dismiss (Docket No. 12), **the Court hereby ORDERS** that the Motion is **GRANTED**. As to Defendants O'Reilly, Ball-Garham, and Durieux, the Complaint (Docket No. 1) is **DISMISSED WITH PREJUDICE**.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge

1