IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ABDUL JANNEH, | : | |
| *Plaintiff*, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| WESTGATE HILL SNF LLC, | : | No. 15-2012 |
| *Defendant*. | : | |

**O R D E R**

**AND NOW**, this 21st day of December, 2015, upon consideration of Defendant Westgate Hill SNF LLC's Motion to Dismiss (Docket No. 5), Plaintiff's Response (Docket No. 7), Defendant Westgate Hill SNF LLC's Reply (Docket No. 8), and Defendant Westgate Hill SNF LLC's Supplemental Brief (Docket No. 17) **the Court hereby ORDERS** that the Motion (Docket No. 5) is **GRANTED**. The Complaint (Docket No. 1) is **DISMISSED WITH PREJUDICE**. The Clerk of Court shall mark this case **CLOSED** for all purposes, including statistics.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge